IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**, **Plaintiff,** v. **HECTOR VARGAS-SOTO,** **Defendant**. | **CRIMINAL NO. 16-489 (PAD)** |

**ORDER**

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Camille L. Vélez-Rivé regarding the Rule 11 proceeding of defendant, Héctor Vargas-Soto (Docket No. 7), to which no objections have been filed. The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty. The plea is therefore accepted and the defendant is adjudged guilty as to Count One of the Information.

The court notes that a Presentence Investigation Report was ordered (Docket No. 8). The parties shall file their sentencing memoranda not later than November 22, 2016. The Sentencing Hearing is set for December 2, 2016 at 9:30 a.m. in Courtroom 3.

**SO ORDERED.**

In San Juan, Puerto Rico, this 23d day of August, 2016.

                                                        s/Pedro A. Delgado-Hernández
                                                        PEDRO A. DELGADO HERNANDEZ
                                                        United States District Judge